# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Barry Johnson**; DOB: 1965; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>23-03464MJ |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i). ||

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about November 15, 2023, in the District of Arizona, **Barry Johnson**, knowing or in reckless disregard that certain aliens, including Adrian Sanchez-Texis and Wilmer Jannini Ocampo-Estrada, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about November 15, 2023, in the District of Arizona (Palominas), a United States Border Patrol Agent (BPA) responded to a camera visual of a group of suspected Undocumented Non-Citizens (UNCs) loading into a 2018 Dodge Durango. The vehicle was observed turning west on State Route 92 from Foudy Road. A Mobile Surveillance Capable (MSC) camera truck acquired visual of the vehicle and relayed its location to the BPA. The vehicle passed the BPA, and he followed behind. Record checks returned to the vehicle registered out of Gilbert, Arizona. BPAs conducted a stop and identified the driver as **Barry Johnson**. **Johnson** stated that he was just visiting church and that there were no other people in the vehicle. BPAs observed two people dressed in camouflage lying in the back of the vehicle in plain view. The two passengers identified as Adrian Sanchez-Texis and Wilmer Jannini Ocampo-Estrada were determined to be Mexican citizens illegally present in the United States.

Records checks revealed that Adrian Sanchez-Texis and Wilmer Jannini Ocampo-Estrada did not have the proper immigration documentation to enter or remain in the U.S. legally.

Material witness Adrian Sanchez-Texis stated that he is a citizen of Mexico and had arranged to be smuggled into the United States for $12,000 USD. Sanchez crossed the International Boundary Fence (IBF) with one other person and followed GPS coordinates from his phone. He walked throughout the night toward an unknown road and waited for a vehicle to arrive. Sanchez was told which vehicle to get into. A white vehicle arrived, and Sanchez quickly got in and laid down in the seats behind the passenger seat.

**Continued on the next page:**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Adrian Sanchez-Texis and Wilmer Jannini Ocampo-Estrada

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn by telephone _x_<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>November 16, 2023 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Enderle

Continued from the previous page:

23-03464MJ

Material witness Wilmer Jannini Ocampo-Estrada stated that he is a citizen of Mexico and had arranged to be smuggled into the United States for $12,000 USD. Ocampo crossed the IBF with one other person and followed GPS coordinates from his phone. Ocampo walked throughout the night toward an unknown road and waited for a vehicle to arrive. He was told which vehicle to get into. A white vehicle arrived, and Ocampo quickly got in and laid down in the seats behind the passenger seat. When shown a photo lineup, Ocampo was able to positively identify **Johnson** as the driver.

In a post-*Miranda* statement, **Johnson** stated that he was recently in a vehicle accident and had lost his job. He stated that he was in the area to look for work when he saw two people standing on the side of the road and decided to pick them up. **Johnson** said that his friend had asked him to pick up some people. He had rented a vehicle and drove from Mesa, Arizona to Sierra Vista, Arizona. **Johnson** stated that he was to be paid $400 USD for each person he picked up. **Johnson** communicated with an unknown person through WhatsApp who provided him with GPS coordinates of the location of the people he picked up. The person spoke with the people through his phone. **Johnson** stated that this was his first time picking up people.