PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Transferring Court)* | CR-23-02195-001-TUC-RM (BGM) |
| DOCKET NUMBER *(Receiving Court)* | 3:24-cr-00260-HZ |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Barry Johnson | District of Arizona | 4: Tucson |
| | NAME OF SENTENCING JUDGE<br>Honorable Rosemary Márquez<br>United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 4/16/2024 — TO 4/15/2027 |

**OFFENSE**

8 U.S.C. § 1324(a)(1)(A)(ii) and 8 U.S.C. § 1324(a)(1)(B)(i): Transportation of Illegal Aliens for Profit

JUSTIFICATION/REASON FOR TRANSFER *(e.g., prosocial ties, employment/education opportunities, violation of supervision)*

The Probation Office in the District of Oregon has requested a transfer of jurisdiction to allow for any future concerns while on supervision to be addressed efficiently by their District.

**PART 1- ORDER TRANSFERRING JURISDICTION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

IT IS HEREBY ORDERED, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee, Barry Johnson, be transferred with the records of this Court to the United States District Court for the District of Oregon upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

June 25, 2024
Date

_____
Honorable Rosemary Márquez
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2- ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT DISTRICT OF OREGON**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 8, 2024
Effective Date

_____
United States District Judge